# KITTAY & GERSHFELD, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

100 WHITE PLAINS ROAD
2ND FLOOR
TARRYTOWN, NY 10591

(914) 332-8000
FAX: (914) 332-8001
E-mail: kittaygershfeld@yahoo.com

July 28, 2014


Clerk of the Court
300 Quarropas Street
White Plains, NY 10601-4140

        Re: Douglas E. Palermo, Case No.: 05-25081(RDD)
           *Kittay v. Palermo et al.*, Adv. Pro. No. 07-08310(RDD)
           *Kittay v. Hutchings*, Adv. Pro. No. 07-08311(RDD)
           *Kittay v. Livingston*, Adv. Pro. No. 08-08202(RDD)
           *Kittay v. Farley et al.*, Adv. Pro. No. 08-08203(RDD)
           *Kittay v. Korff*, Adv. Pro. No. 08-08204(RDD)
           *Kittay v. McLean*, Adv. Pro. No. 08-08205(RDD)

Dear Sir or Madam:

    This office represents David R. Kittay, Chapter 7 Trustee for the estate and the Plaintiff in the above-captioned Adversary Proceedings. Please provide an Order for Payment of Special Charges and/or the amount of deferred fees that are due in the above-captioned adversary cases.

    If you have any questions or comments, please do not hesitate to contact me at the above telephone number. Thank you very much.

                                        Very truly yours,

                                        Pamela Vizcarra
                                        Legal Assistant